UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR-04-5327-AWI |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING NON-RESIDENT COUNSEL PERMISSION TO APPEAR PRO HAC VICE** |
| ESTANISLOA PULIDO, | ) | (proposed) |
| | ) | |
| Defendant. | ) | |

Before the Court for resolution is the Defendant's Motion to allow his out of State counsel to appear Pro Hac Vice. The court having considered the submissions, and the court file in the instant action, hereby orders:

George Paul Trejo Jr. is allowed to appear as counsel for the Defendant in the above litigation in association with the Law Offices of Federico Castelan Sayre.

IT IS SO ORDERED.

DATED this 10th day of May, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:
**TREJO LAW OFFICES**

_____
George Paul Trejo, Jr.
Counsel for Estanisloa Pulido

ORDER GRANTING NONRESIDENT
COUNSEL PERMISSION TO APPEAR
PRO HAC VICE                               1