Case 1:04-cr-05327-AWI   Document 586-2   Filed 08/08/2007   Page 1 of 2

**FILED**
AUG 10 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-04-05327-AWI |
| ) | |
| Plaintiff, ) | ~~PROPOSED~~ ORDER RE: |
| ) | MOTION TO ALLOW COUNSEL |
| vs. ) | TO WITHDRAW |
| ) | |
| ESTANISLOA PULIDO, ) | |
| ) | |
| Defendant. ) | |

Before the Court for resolution is Defense counsel's Motion to Allow Counsel to Withdraw. The court having considered the submissions of the defense, the court file, hereby orders:

George Paul Trejo, Jr.'s Motion to Withdraw is hereby **GRANTED** / DENIED.

It is so Ordered.

Dated this _10_ day of August, 2007

_____
United States District Court Judge

Presented by:
**THE TREJO LAW FIRM**
/S/ GEORGE PAUL TREJO JR.
George Paul Trejo, Jr.
Attorney for Mr. Pulido

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

        Laurel Montoya, U.S. Prosecuting Attorney
            Laurel.j.Montoya@usdoj.gov

Dated this 8th day of August, 2007

        THE TREJO LAW FIRM
        S/George Paul Trejo, JR.
        GEORGE PAUL TREJO, JR. WSBA 19758
        Attorney for Mr. Pulido